# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

m 99-60142

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ROY DIXON AND ROBERT WILLIAMS,

Defendants-Appellants.

---

Appeals from the United States District Court
for the Southern District of Mississippi
(3:98-CR-89)

---

April 4, 2000

Before REAVLEY, SMITH, and
EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Roy Dixon and Robert Williams appeal their Hobbs Act convictions. Their main issue is sufficiency of the evidence. They claim the relevant employees of Time Warner had no reason to fear them and that Time Warner had no fear of present loss. Our review of the record reveals more than sufficient evidence from which the jury could have found such reasonable fear from defendants' actions.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The indictment is not fatally defective. Defendants cannot show prejudice from the designation of the victim corporation in the indictment.

The convictions are constitutional under *United States v. Lopez.* Moreover, no aggregation is required under the statute in question, even if defendants properly raised this issue in the district court. There is no reversible error in allowing Tommy Harris to testify as he did. The denial of the bill of particulars was proper. There is no reversible error regarding juror misconduct, which defendants knew about long before they called it to the court's attention. The instructions to the jury were proper.

AFFIRMED.